AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| CLYDE ANTHONY MURCHISON, III | ) Case No. 6:22-mj-2 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 20, 2021__ in the county of __Greenville__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1341 | Mail fraud |

This criminal complaint is based on these facts:
See Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

M.W. Hand
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/28/22

_____
*Judge's signature*

City and state: Greenville, SC

Kevin F. McDonald
*Printed name and title*